Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Tampa Division

| | |
|---|---|
| Jeannie Bohn <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Computer Mentors Group, Inc. <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial: _(check one)_  ☐ Yes  ☒ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jeannie Bohn |
| Street Address | 12303 Partridge Hill Row |
| City and County | Hudson  Pasco |
| State and Zip Code | FL 34667 |
| Telephone Number | 704-307-9396 |
| E-mail Address | jeanniebohn1967@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Computer Mentors Group, Inc. |
| Job or Title *(if known)* | |
| Street Address | 2802 E. Dr. Martin Luther King, Jr. Blvd. |
| City and County | Tampa  Hillsborough |
| State and Zip Code | FL 33610 |
| Telephone Number | 813-898-2747 |
| E-mail Address *(if known)* | Santocannone@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | Ralph Smith |
| Job or Title *(if known)* | Executive Director |
| Street Address | 2802 E. Dr. Martin Luther King, Jr. Blvd |
| City and County | Tampa  Hillsborough |
| State and Zip Code | FL  33610 |
| Telephone Number | 813-898-2747 |
| E-mail Address *(if known)* | rsmith@computermentors.org |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Code Title 42, Chapter 21 - Civil Rights Title 42, Chapter 21 of the U.S. Code prohibits discrimination against persons based on gender, age, and race, which are the 3 issues presented in this case. Also, when I attempted to be a whistleblower regarding questionable application of CBHC funding, I was let go 3 days later.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$78,000
PTO balance I was never paid: $900
Lost potential wages due to constructive termination at age 50 from August 2017 through March 2018: $35100
Hospitalization and subsequent treatment as a result of emotional distress: $42000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Discrimination based on gender:  Beginning in January 2016, after I questioned financial transparency regarding Ralph Smith's soliciting funding for programming that was already covered by funding that I had acquired through a grant from Children's Board of Hillsborough County, I was subject to derogatory comments such as, "What I need you to do is to NOT be a nosy bitch, because THAT would be insubordination."  As Program Director, part of my job was to see to it that funding was allotted to our various programs appropriately, but Ralph managed all finances and took offense to any request for transparency and resorted to misogynist name-calling and sabotaging of my program-building efforts at every turn.  Ralph insisted that vacuuming the offices and cleaning the bathrooms were "women's work" so I had to clean the bathroom and vacuum in the office Ralph and I shared, and Meghan Frisco had to clean the bathrooms in the programming/classroom office area.  All of the other employees were male and were never even asked to clean a bathroom or vacuum the floors.  I wanted to keep the job I loved so much, so I did it so Ralph wouldn't get angry.  For the second year I was there, we had grown programming an additional 250%, and I frequently received praise from a few of the board members via email, which Ralph was not happy about.  He told me again I was never to talk to board members unless he was present, nor was I to reply to any email from a board member unless I let him read the email first. He said he didn't "need a female creating drama" with the board.

2. Discrimination based on age:  On Friday, August 4, 2017, the day after our CMG 20th Anniversary Gala (which I had almost single-handedly organized) Ralph told me, "Look, we are out of money, we are broke, so I have to lay everyone off, at least for a week or two. But since most of your salary is covered by the CBHC grant, I will be able to bring you back after November 1." I did know that the new CBHC grant started November 1, because I wrote for it, and it was for almost 1 million dollars over a 5-year period.  "He said, "Surely you can make it until then on unemployment, plus your husband has a job, so don't worry. You have 1 week on this coming check, and I will go ahead and pay you your 32 hours of PTO, so you will have almost an entire paycheck, at least. Look at it as your belated 50th birthday present…you have officially aged out of CMG." He told me to leave my keys with Ransford Tucker, the part-time Quick Books person, and then he got in his car and left.  After this incident, I called then-Board President Mark LaPlante because I was in shock at what just happened, and he said he was not aware that CMG was "broke" and that he had no idea that Ralph was laying off staff.

3. Discrimination based on race:  On the way back from a meeting at CBHC one day during the first week of May 2016, Ralph started talking again about the upcoming city council race in 2019, and the fact that the Board would have to find a new Executive Director if/when he wins. I told him that I would love to apply when that time comes, and he explained to me that he knew it was blunt, but that he could not leave his legacy in the hands of a white woman, and that I had to understand where he was "coming from as a black man." Back on June 16, 2015, he had told me he needed a "white face" to "bring in money because white people don't like to donate to black organizations, and white people have all the money," so I was completely perplexed by the legacy comment. Also, after I was "laid off" he bragged to Ransford Tucker that he got rid of me because I was a white Republican (I was actually No Party Affiliation, and he had previously required me to prove it to him).

4. Sexual harassment:  May/June 2016, Ralph forced me to fire a female employee (Bianca) who had been sexually harassed by Shawn Wilkinson, KidsCode Program Manager. Ralph forced Bianca to sit down with Shawn and give details of what he had said and done.  I told Ralph that it would not be appropriate, but he insisted on having Shawn there. Bianca broke down in tears and felt harassed just by the fact that Ralph had Shawn sit right beside her while he asked her about how he "supposedly" sexually harassed her. Bianca stated that she had asked Shawn to stop speaking with her that way at least twice because it made her feel very uncomfortable.  Ralph made it clear that he did not believe Shawn's behavior constituted sexual harassment, and he forced me to fire Bianca for being a "trouble-making female". Shawn Wilkinson subsequently committed sexual assault on a minor and is currently serving 18 years in the state penitentiary.

5. Retaliation for whistleblowing:  CMG had contracted with Children's Board of Hillsborough County to provide services in specific underserved communities, and Ralph would frequently demand that we ignore the zip code guidelines set forth by CBHC and, instead, go where Ralph wanted us to go, which violated CBHC rules. I complained about this to Ralph on August 1, 2017, coincidentally 3 days before he got rid of me.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$78,000
PTO balance I was never paid: $900
Lost potential wages due to constructive termination at age 50 from August 2017 through March 2018: $35100
Hospitalization and subsequent treatment as a result of emotional distress: $42000. Hospitalized through Trinity Behavioral Health shortly after I was "laid off," after I found out that he was never planning on having me return, despite his verbal promise.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/03/2021

Signature of Plaintiff: *Jeannie Bohn*
Printed Name of Plaintiff: Jeannie Bohn

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

State and Zip Code

Telephone Number

E-mail Address